O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIN F. EGLAND, JR., | Case No. CV 08-8568-PSG (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| FRANCISCO JACQUEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED:   3/7/11

**PHILIP S. GUTIERREZ**
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE